AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

Two-Tone Gray Motorola Cellular telephone
Serial Number 364KGA01NM

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

CASE NUMBER:

(Further described below)

I     Steve Manley     being duly sworn depose and say:

I am a(n)   Investigator with the Metropolitan Police Department, Major Narcotics Branch   and have reason to believe
              (Official Title)
that ☐ on the person of or ☒ on the property or premises known as   (name, description and or location)

Two-Tone Gray Motorola Cellular telephone
Serial Number 364KGA01NM

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)
See attached affidavit

which is (state one or more bases for search and seizure set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)
See attached affidavit

concerning a violation of Title   21   United States Code, Section(s)  841(a)(1)  . The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.     ☒ YES   ☐ NO

        Avind K. Lal
Organized Crimes and Narcotics Trafficking Section    Signature of Affiant
(202) 353-8833                                        Steve Maney, Investigator,
                                                      Metropolitan Police Department
                                                      Major Narcotics Branch
Sworn to before me, and subscribed in my presence

                                                      at Washington, D.C.
Date

Name and Title of Judicial Officer                    Signature of Judicial Officer